UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Nancy Gembitsky

    v.                                      Civil No. 09-cv-140-JM

Thomas F. DeSteph, et al.


**O R D E R**

The order dated May 7, 2009 granting plaintiff's Verified Motion for Preliminary Injunction is amended on page 15, section C, to correct the reference to document no. 6, which should have read document no. 7. So corrected, the order stands as issued.

    **SO ORDERED.**

                                                  James R. Muirhead
                                                United States Magistrate Judge

Date: May 8, 2009

cc:    Andrew Schulman, Esq.
        Thomas F. DeSteph, pro se