UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Nancy Gembitsky

                                                                                     Civil No. 09-cv-140-JM

       v.

Thomas F. DeSteph, et al

O R D E R

The court has been advised that Thomas F. DeSteph has filed for relief under the Bankruptcy Code.

There appears to be no further reason to maintain the file as an open one for statistical purposes.  The Clerk is instructed to statistically close the case.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter, and should further proceedings become necessary, any party may move to reopen.

SO ORDERED.

September 2, 2009                                              /s/James R. Muirhead
                                                                         James R. Muirhead
                                                                         United States Magistrate Judge

cc:    Andrew R. Schulman, Esq.
        Thomas F. DeSteph, pro se